IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARLOS JOHNSON (ADC#655088)                                              PLAINTIFF

v.                                      Case No. 2:14-CV-02249

SEBASTIAN COUNTY and DEFENDANT DOES
(Fort Smith Police Officers)                                             DEFENDANTS

## **O R D E R**

The Court has received proposed findings and recommendations (Doc. 8) from United States

Magistrate Judge James R. Marschewski.  There have been no objections.  After careful review, the

Court concludes that the findings and recommendations should be, and hereby are, approved and

adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's complaint is DISMISSED WITHOUT

PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 10th day of June, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE