IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CARLOS JOHNSON (ADC#655088)                                                                PLAINTIFF

v.                                    Case No. 2:14-CV-02249

SEBASTIAN COUNTY and DEFENDANT DOES
(Fort Smith Police Officers)                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE .

IT IS SO ADJUDGED this 10th day of June, 2015.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE